RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 9/13/13

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| UNITED STATES OF AMERICA | * | CRIMINAL ACTION NO. 12-00094 |
| --- | --- | --- |
| VERSUS | * | JUDGE ROBERT G. JAMES |
| SUSAN MICHELLE PLATT | * | MAG. JUDGE KAREN L. HAYES |

# JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED** that the Motion to Suppress [Doc. No. 18] filed by Defendant Susan Platt is hereby **DENIED**.

MONROE, LOUISIANA, this 12 day of September, 2012.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE