UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| UNITED STATES OF AMERICA | * | CRIMINAL NO. 12–0094 |
|---|---|---|
| VERSUS | * | JUDGE ROBERT G. JAMES |
| SUSAN MICHELLE PLATT | * | MAG. JUDGE KAREN L. HAYES |

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge, having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the District Court accepts the guilty plea of the defendant, Susan Michelle Platt, and adjudges her guilty of the offense charged in Count One of the indictment against her.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the District Court accepts defendant, Susan Michelle Platt's admittance of, and agreement with the Forfeiture Allegations set forth in the Indictment.

THUS DONE AND SIGNED in chambers, this 7th day of February, 2013, at Monroe, Louisiana.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE